**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6559**

---

GUY LANCASTER RICHMOND,

Plaintiff - Appellant,

versus

PRISON HEALTH SERVICES, INCORPORATED; LLOYD L.
WATERS, Warden,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-95-2338-WMN)

---

Submitted:  July 25, 1996          Decided:  August 12, 1996

---

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Guy Lancaster Richmond, Appellant Pro Se.  John Joseph Curran, Jr.
Attorney General, Wendy A. Kronmiller, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Richmond v. Prison Health Services</u>, No. CA-95-2338-WMN (D. Md. Mar. 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2